UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    **Plaintiff,**

VINCENT PERKINS,
    **Intervenor-Plaintiff,**
v.                                                  Case No. 3:18-cv-00900-TJC-PDB
FANATICS RETAIL GROUP
FULFILLMENT, LLC,

    **Defendant.**
_____/

## JOINT MOTION TO APPROVE THE CONSENT DECREE

Pursuant to Federal Rules of Civil Procedure 7(b)(1) and 65(d), Plaintiff United States Equal Employment Opportunity Commission ("Commission" or the "EEOC") and Defendant Fanatics Retail Group Fulfillment, LLC. ("Fanatics") (collectively referred to as "the Parties") respectfully and jointly request that the Court approve, and enter, the attached Consent Decree.

1. EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including Title VII of the Civil Rights Act of 1964, as amended.

2. EEOC commenced this action on July 24, 2018, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), Title I of the Civil Rights Act of 1991, and 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of race (Black), and to provide appropriate relief to Charging Party Mr. Vincent Perkins. EEOC filed an amended complaint on September 12, 2018. See D.E. #1, 9.

3. Fanatics filed an Answer and Affirmative Defenses on September 26, 2018, in which it denied all material allegations. *See* D.E. #11.

4. As a result of having engaged in comprehensive settlement negotiations, which began in late 2018, EEOC and Fanatics agreed to resolve this action upon the terms reflected in the attached Consent Decree. *See* Exhibit A, attached hereto.

5. The Parties acknowledge that the EEOC's claims can only be resolved through a consent decree that is filed in the Court's public record and approved by the Court.

6. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) in that it states the reasons why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

7. Finally, the Court's entry of the Consent Decree will resolve all claims asserted by EEOC in their entirety.[1]

8. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree. Each party has agreed to bear their own attorneys' fees and costs incurred in this matter.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief that the Court deems equitable and just.

---

[1] The EEOC obtained relief on behalf of the Plaintiff-Intervenor/Charging Party, but the Plaintiff-Intervenor/Charging Party is not a party to the attached Consent Decree. However, the EEOC understands that Plaintiff-Intervenor/Charging Party and Fanatics have reached a full resolution of Plaintiff-Intervenor/Charging Party's claims and that they will be filing a notice of voluntary dismissal, with prejudice, of their individual claims.

Date: March 19, 2019

Respectfully submitted,

PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*s/Kristen Foslid*
Kristen Foslid
Supervisory Trial Attorney
Florida Bar No: 0688681
Kristen.foslid@eeoc.gov
Tel: (305) 808-1803

*s/Beatriz André*
Trial Attorney
New York Bar No. 4394599
beatriz.andre@eeoc.gov
Tel: (305) 808-1753

U.S. Equal Employment Opportunity Commission
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Fax: (305) 808-1835
*Attorneys for Plaintiff EEOC*

DEFENDANT FANATICS RETAIL GROUP FULFILLMENT, LLC,

ALEXANDER DEGANCE BARNETT, P.A.

*s/Kelly DeGance*
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Mark G. Alexander
Florida Bar No. 434078
Email: mark.alexander@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile