# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

     Plaintiff,

VINCENT PERKINS,

     Intervenor-Plaintiff,

v.                             Case No. 3:18-cv-900-J-32PDB

FANATICS RETAIL GROUP
FULFILLMENT, LLC,

     Defendant.

_____

## CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between the United States Equal Employment Opportunity Commission ("Commission" or the "EEOC"), and Fanatics Retail Group Fulfillment, LLC. ("Fanatics") (collectively referred to as "the Parties").

## INTRODUCTION

1.     EEOC commenced this action on July 24, 2018, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), Title I of the Civil Rights Act of 1991, and 42 U.S.C. § 1981a, to correct unlawful

employment practices on the basis of race (Black), and to provide appropriate relief to Charging Party Mr. Vincent Perkins ("Perkins"). EEOC filed an amended complaint on September 12, 2018.

2.      The agreement to enter into this Decree shall not be construed as an admission of liability by Fanatics as to any allegations by EEOC or Perkins. Fanatics denies the allegations in the Complaint and Amended Complaint and denies that it violated Title VII.

3.      In the interest of resolving this matter, and to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree. This Decree is final and binding on the Parties, and their respective successors and assigns.

4.      No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties and the Court. By mutual agreement of the Parties and the Court, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

5.      This Decree fully and finally resolves the claims asserted by the Commission in the Complaint filed in this action styled <u>EEOC v. Fanatics Retail Group Fulfillment, LLC</u>, Case No. 3:18-cv-00900-TJC-PDB (M.D. Fla.), and the

underlying EEOC charge of discrimination, <u>Perkins v. Fanatics Retail Group, Inc.</u>, 15E-2014-00148C.

6.      This Decree constitutes the complete understanding between the Parties with respect to the matters herein.

7.      If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendments to this Decree, if any, are appropriate to effectuate the purposes of this Decree. In any event, the unaffected provisions will remain enforceable.

8.      This Decree does not resolve any charges of discrimination that may be pending with the Commission against Fanatics other than the Charge referred to in Paragraph 5. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or that may later be filed against Fanatics in accordance with standard EEOC procedures.

9.      Nothing in this Decree shall be construed to limit or reduce Fanatic's obligations to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA), 42 U.S.C. § 2000f.

**FINDINGS**

10.     Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

a.     This Court has jurisdiction over the subject matter of this action and the Parties;

b.     The Court will retain jurisdiction for the duration of this Decree;

c.     No party shall contest the jurisdiction of this Court to enforce this Decree and its terms or the right of the Commission to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

d.     The terms of this Decree are adequate, fair, reasonable, equitable, and just. The rights of Mr. Perkins and the public interest are adequately protected by this Decree; and

e.     The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors, heirs and assigns of Fanatics.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

**DURATION OF DECREE**

11.     This Decree shall be in effect for a period of three (3) years from the Effective Date.

12.     This Decree will not expire while any enforcement action concerning this Decree is pending.

## MONETARY RELIEF FOR CHARGING PARTY (INTERVENOR-PLAINTIFF)

13.     Fanatics shall pay Mr. Perkins the total sum of $322,050 in settlement of the claims raised in this action as follows:

| Back Pay [for which an IRS Form W-2 shall issue] | Compensatory Damages [for which an IRS Form 1099 shall issue] |
|---|---|
| $57,050 | $265,000 |

14.     Payment shall be made within ten (10) calendar days following the Court's approval of this Decree. Payment of Back Pay in the amount of $57,050 shall be made payable to Vincent Perkins, and Compensatory Damages in the amount of $265,000 shall be made by check payable to: "Anum Law in Trust of Vincent Perkins." Both checks shall be delivered via certified mail to: 630 W. Adams St., Suite 203, Jacksonville, FL 32204. Vincent Perkins will provide an IRS form W9 on or before the date the Court approves this Decree. Copies of the payments shall be sent to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: Perkins Consent Decree," at United States Equal Employment Opportunity Commission, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131, and via e-mail at Robert.Weisberg@eeoc.gov.

15.     If Mr. Perkins fails to timely receive the payments described in Paragraphs 13-14 above, then Fanatics shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. § 6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay, including but not limited to any and all costs arising out of EEOC's efforts to enforce this decree in federal court.

## GENERAL INJUNCTIVE PROVISIONS

16.     Fanatics, and all of its officers, managers, employees, agents, partners, successors, and assigns, shall not discriminate against any person on the basis of race.

17.     Fanatics, and all of its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from subjecting employees to a hostile work environment on the basis of race.

18.     Fanatics, and all of its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in any form of retaliation against any person because such person has opposed any practice made unlawful under Title VII, filed a Charge of Discrimination under Title VII, testified or participated in any manner in any investigation, proceeding, or hearing under Title VII, or asserted any rights under this Decree, including but not limited to Mr. Perkins.

19.     Fanatics, and all of its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from considering race as a factor in promotions.

## LAST DATE OF EMPLOYMENT & BENEFITS

20.     Charging Party's last day of employment at Fanatics will be March 13, 2019 or three (3) business days after the Court approves this decree, whichever is the later date, and he shall be on paid leave until his last day of employment. Fanatics will continue to provide to Charging Party and his family medical coverage for an additional eighteen (18) months from the date of separation as permitted by COBRA. Fanatics shall directly pay costs and/or premiums to ensure Charging Party and his family continued medical coverage as agreed. Medical coverage to Charging Party and his family will be the medical benefits plan Fanatics offers or will offer its full-time employees.

## NEUTRAL JOB REFERENCE

21.     Fanatics agrees Charging Party will be provided with a neutral letter of reference in the form attached hereto as Exhibit A, which Mr. Perkins is free to photocopy, scan or otherwise reproduce without revision, such that any additional reference would not be required.

22.     In the event Fanatics receives a request for a job reference (either during or after the term of this Consent Decree), such request shall be directed to The Work Number, 1-800-367-5690, Employer Code 25456, which shall

confirm Mr. Perkins' dates of employment and positions held. No mention of employment complaints or issues, discrimination, the Charge of Discrimination, or this lawsuit shall be made as part of any reference.

### REVISION AND DISTRIBUTION OF POLICY AGAINST DISCRIMINATION BASED ON RACE

23.    Fanatics will redistribute its Equal Employment Opportunity ("EEO") policy (the "EEO Policy") consistent with this Decree to be used in all Fanatics' warehouse locations in Jacksonville, Florida ("Jacksonville Locations").[1]

24.    Fanatics will also create and implement a new Human Resources policy (the "HR Policy") for use in all Fanatics' Jacksonville Locations. The HR Policy shall require that all job openings in Jacksonville will be posted in a conspicuous location, easily accessible to and commonly frequented by Fanatics' employees (i.e. employee bulletin board or lunch room or cafeteria) and on the Company's public website. At the Jacksonville Locations, Fanatics will announce new job openings for team lead positions and above during regularly scheduled shift meetings.

---

[1] The term "Jacksonville Locations" as used in this Decree means Fanatics' warehouse operations currently located at: 5245 Commonwealth Ave., and 4300 Bulls Bay Highway, in Jacksonville, Florida. To the extent any of these facilities change locations during the term of this Decree, those locations will be included as well.

25.     The HR Policy shall require that all job openings remain open for a minimum period of ten days (the "Application Period").

26.     The HR Policy shall require that Fanatics will not formally, or informally, extend. an offer of employment to an applicant for an open position until after the expiration of the Application Period.

27.     The HR Policy shall include a procedure for addressing internal discrimination complaints from employees.

28.     The HR Policy shall have written instructions for human resources officials and managers to follow in circumstances when he or she is in receipt of a complaint of discrimination from an employee.

29.     The HR Policy shall have procedures for human resources officials to follow for conducting investigation into a complaint of discrimination from an employee. Investigations into complaints of discrimination shall generally include, but not be limited to, conducting interviews of employees who are in the same protected class as the employee who complained of discrimination; conducting interviews of employees who are supervised by the alleged discriminating manager or managers; and conducting interviews of all individuals named in the complaint.

30.     The HR Policy will require appropriate disciplinary action, including action against both supervisors and co-workers, based on the outcome of the investigation.

31.     A copy of the EEO Policy and HR Policy will be provided to the EEOC within 30 calendar days of the Court's approval of this Decree. Thereafter, copies of the EEO Policy will be re-distributed to employees and managers at all Jacksonville Locations within 60 calendar days of the Court's approval of this Decree. Copies of the HR Policy will be provided to managers and human resources representatives in all Jacksonville Locations. Copies of the EEO Policy and HR Policy will also be distributed to employees and managers during the training programs referenced herein.

32.     A copy of the EEO Policy shall be included in any relevant employee handbook or manual maintained by Fanatics.

## **TRAINING**

### ***Training-Human Resources Officials***

33.     Fanatics shall provide all of its human resources officials in the Jacksonville Locations with two (2) hours of live training, annually, during the term of this Decree (the "HR Training").

34.     The first HR Training shall take place by May 1, 2019. The remainder of the HR Training sessions shall take place annually and no later than December 31st of each year throughout the duration of the Decree.

35.     The HR Training shall include the following: (1) an explanation of the prohibition against discrimination under the Title VII; (2) an explanation of the rights and responsibilities of managers and employees under the Title VII

and the Company policies; (3) examples of a hostile work environment; (4) examples of harassment on the basis of race, color, and national origin; (5) examples of effective work practices to address employees of different races; (6) examples of different forms of retaliation, including harassment and disparate treatment; (7) proper procedures for posting and advertising available promotions; and (8) guidelines and procedures for good workplace investigations.

36.    The HR Training shall be conducted by an outside organization mutually agreed upon with EEOC. Fanatics agrees to provide EEOC with at least four (4) weeks' notice before conducting training sessions pursuant to this Decree. In the written notice, Fanatics shall notify EEOC of the dates on which training is scheduled, the name and job title of the person(s)/organization who will conduct the training and a resume of the person conducting the training.

37.    Fanatics agrees to provide EEOC with all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions. Additionally, Fanatics agrees that the EEOC may, at the EEOC's discretion, attend any training session. However, because all of Fanatics' facilities are secure, the EEOC agrees to provide notice in advance of attending any training session so that Fanatics may make arrangements for the EEOC to access the facility.

38.    Ten calendar days after the HR Training, Fanatics shall provide EEOC a list of all attendees to the HR Training, including first and last name, and title. If an individual cannot attend the live training due to circumstances beyond Fanatics' control, such person may attend via video conference.

### *Training-Managers and Supervisors*

39.    Fanatics shall provide managers and/or supervisors with a one and one half (1.5) hours of live training (the "Manager Training") annually during the term of the Decree. Manager Training shall be provided to managers and/or supervisors that work at or oversee the Jacksonville Locations, and/or have a role in handling discrimination complaints from Jacksonville Locations.

40.    The first Manager Training shall take place by May 1, 2019. The remainder of the Manager Training sessions shall take place annually and no later than December 31st of each year throughout the duration of the Decree.

41.    The Manager Training shall be conducted by an organization mutually agreed upon with EEOC. Fanatics agrees to provide EEOC with at least four (4) weeks' notice before conducting the training sessions pursuant to this Decree. In the written notice, Fanatics shall notify EEOC of the dates on which training is scheduled, the name and job title of the person(s)/organization who will conduct the training, and a resume of the person conducting the training.

42.    At least one human resources official must be present at the Manager Training. Ten calendar days after the Manager Training, Fanatics shall provide EEOC a list of all attendees to the Manager Training, including first and last name, and title. If an individual cannot attend the live training due to circumstances beyond Fanatics' control, such person may attend via video conference.

43.    Fanatics agrees to provide EEOC with any and all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions. Additionally, Fanatics agrees that the EEOC may, at the EEOC's discretion, attend any training session.

44.    Manager Training shall cover the following items: (1) explain the prohibition against discrimination under Title VII; (2) explain the rights and responsibilities of managers, human resources officials, and employees under Title VII, the HR Policy, and the EEO Policy; (3) address questions manager(s) may have about the company's policies; (4) review hypothetical scenarios with managers (this last item should be generally applicable to all or tailored to the business unit, property or venue the manager(s) supervise(s)); (5) examples of a hostile work environment; (6) examples of harassment on the basis of race; (7) examples of effective work practices to address employees of different races; (8) examples of retaliation on the basis of race, including but not limited to

disparate treatment of individuals who complain about discrimination; and (9) training on proper promotional processes and interviewing techniques.

### *Training-Non-Management Employees and/or Hourly Employees*

45.    Fanatics shall provide all of non-management employees and/or hourly employees in all Jacksonville Locations with a total of one (1) hour of live training annually (which may be given in 15-minute increments per calendar quarter), during the term of this Decree (the "Employee Training").

46.   The first Employee Training shall take place by May 1, 2019. The remainder of the Employee Training sessions shall take place annually and no later than December 31st of each year throughout the duration of the Decree.

47.    The Employee Training shall include the following: (1) an explanation of the prohibition against discrimination under the Title VII; (2) an explanation of the rights and responsibilities of managers and employees under the Title VII and the Policy; (3) examples of a hostile work environment; (4) examples of harassment on the basis of race; and (5) instruction on filing complaints of discrimination both internally through the EEO Policy, and externally through EEOC and/or other government agencies.

48.    The Employee Training shall be conducted by an organization mutually agreed upon with EEOC. Fanatics agrees to provide EEOC with at least four (4) weeks' notice before conducting training session pursuant to this Decree. In the written notice, Fanatics shall notify EEOC of the date on which

training is scheduled, the name and job title of the person(s)/organization who will conduct the training, and a resume of the person conducting the training.

49.     Fanatics agrees to provide EEOC with any and all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions. Additionally, Fanatics agrees that the EEOC may, at the EEOC's discretion, attend any training session.

50.     Ten calendar days after the Employee Training, Fanatics shall provide a list of all attendees to the Employee Training, including first and last name, and title. If an individual cannot attend the live training due to circumstances beyond Fanatics' control, such person may attend via video conference. Additionally, given the number of hourly employees in the locations at issue, the EEOC acknowledges that Fanatics cannot guarantee live attendance by every hourly employee every quarter and agrees that the terms of this provision are satisfied if 85% of hourly employees attend live, with the remaining receiving the Employee Training via video and/or online.

## **DISTRIBUTION OF NOTICE**

51.     Within ten (10) calendar days from the Court's approval of this Consent Decree, Fanatics shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit B to this Decree at all Jacksonville Locations in a conspicuous location, easily accessible to and commonly frequented by Fanatics' employees (i.e. employee bulletin board or

lunch room or cafeteria). The Notice shall remain posted for the period this Consent Decree is effective. Fanatics shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material.

52.     At the first reporting period, Fanatics shall certify to EEOC in writing that the Notice has been properly physically posted as described in this section, and Fanatics must also take a photograph of the Notice and its posted location. Fanatics shall email the certification of the Notice's posting and photographs to Robert.Weisberg@eeoc.gov the EEOC Regional Attorney, with the subject line: Fanatics Consent Decree.

## ANONYMOUS HOTLINE

53.     Fanatics shall maintain a hotline number through which applicants and employees may make anonymous complaints of race/color discrimination. The hotline number shall be in the EEO Policy.

## REPORTING

54.     Fanatics shall furnish to EEOC written Reports once annually for the duration of this Decree. The first report shall be due six (6) months after entry of the Decree, and thereafter by January 31st annually. Each such Report shall contain the following provisions, as applicable:

a.     A certification that Fanatics conducted all training required in Paragraphs 33-50 above.

b.     A certification that Fanatics has made and/or maintained the posting and distributions required in Paragraphs 51-52 above.

c.     Fanatics shall disclose reports of complaints of discrimination on the basis of race/color arising out of any Jacksonville Location. Reports on complaints of discrimination shall include: (1) employee's name; (2) employee's race/color; (3) name of property/properties or venue(s) where the employee works and position held; (4) employee's supervisor(s); (5) summary of employee's complaint; (6) summary of the investigation conducted; (7) summary of the resolution of complaint. In the event there are no complaints of discrimination on the basis of race/color, Fanatics shall send the EEOC a "negative" report indicating no activity.

## COMPLIANCE

55.    The EEOC may review compliance with this Decree at any time during its duration.

56.    If at any time during the duration of this Decree the EEOC believes that Fanatics is in violation of this Decree, the EEOC may conduct appropriate interviews of Fanatics employees. In connection with any such interviews, the EEOC shall provide Fanatics with at least ten (10) business days' notice of its intent to conduct interviews by notifying Courtney Thompson or other in-house counsel of the upcoming interviews. After the interviews, the EEOC shall give

notice of any alleged violation(s) to Fanatics. Thereafter, the parties shall follow the Dispute Resolution Procedure set forth in Paragraphs 59-61 below.

57.     Any submissions, reports, certifications, notices, or other materials that are required to be submitted to EEOC shall be mailed to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: Fanatics Consent Decree," at United States Equal Employment Opportunity Commission, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131, and via e-mail at Robert.Weisberg@eeoc.gov.

## NOTIFICATION OF SUCCESSORS

58.     Fanatics shall provide prior written notice to any potential purchaser of its business and to any other potential successor of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of the Decree.

## DISPUTE RESOLUTION

59.     In the event that EEOC believes that Fanatics has failed to comply with any provision(s) of the Decree, EEOC will notify Fanatics and Fanatics must make a good faith attempt to cure any breach of the Decree within fifteen (15) business days of notification. The parties may jointly agree to extend the fifteen (15) day cure period. The fifteen (15) days to cure provision of this Paragraph shall not apply, however, to the payment required by Paragraph 14 above.

60.    Following the fifteen (15) business day cure period, EEOC shall have the right to enforce the Decree and/or remedy any breach in this Court.

61.    No party shall contest the Court's jurisdiction to hear a dispute arising from the Decree nor challenge EEOC's authority to bring an action to enforce the terms of the Decree in this Court.

## NO CONDITIONAL RECEIPT

62.    Fanatics will not condition the receipt of individual relief set forth in this Decree on Mr. Perkins' agreement to (a) maintain as confidential the terms of this Consent Decree; (b) waive his statutory right to file a charge of discrimination with any federal or state anti-discrimination agency.

## COSTS

63.    Each party to this Decree shall bear its own costs associated with this litigation.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of April, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb

Exhibits:
A – Letter of Reference
B – Notice

Copies:

Counsel of record

AGREED TO:

FOR THE PLAINTIFF, EQ UALEMPLOYMENT OPPORTUNITY COMMISSION

By: _____   Date: May 6 14 2019

    Robert E. Weisberg
    U.S. Equal Employment Opportunity Commission
    Miami District Office
    100 SE 2nd Street, Suite 1500
    Miami, Florida 33131
    Telephone: (305) 808-1789
    Facsimile: (305) 808-1835

FOR DEFENDANTS, FANATICS RETAIL GROUP FULFILLMENT, LLC

By: _____   Date: March 18, 2019

Print Name: _Robin Eletto_

Print Title: _Chief People Officer_

**EXHIBIT A**

Dear Prospective Employer,

This letter is being provided to Mr. Perkins for the purpose of providing prospective employers with verification of his employment with Fanatics Retail Group Fulfillment, LLC ("Fanatics"). Mr. Perkins was employed by Fanatics from _____ to _____. His most recent job title was _____. Company policy does not permit us to provide additional information concerning Mr. Perkins' employment.

I hope this information is helpful.

Regards,

_____

**Exhibit B**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

1.      This NOTICE to all employees of Fanatics Retail Group Fulfillment, LLC (Fanatics) is being posted and provided as part of a mutually agreed upon Consent Decree between Fanatics and the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") in Civil Action No. 3:18-cv-00900-TJC-PDB (M.D. Fla.), which alleged that Fanatics discriminated against an employee on the basis of race.   While Fanatics has denied the allegations, as part of the resolution of this matter, Fanatics agreed to post this Notice to reflect its commitment to equal employment opportunities in the workplace.

2.      Fanatics' policy and federal law require that there be no discrimination against any employee or applicant for employment on the basis of race, or because a person made a complaint of discrimination because of race with respect to hiring, compensation, promotion, discharge, or other terms, conditions, or privileges of employment.

3.      Fanatics will comply with such federal law in all aspects, and it will not take any action against employees because they have exercised their rights under the law by filing charges or cooperating with the U.S. Equal Employment Opportunity Commission or by otherwise opposing employment practices made unlawful under federal law.

4.      As part of this decree, Fanatics agreed to:

- Distribute its anti-discrimination policy; and
- Train its managers and employees.

5.      The EEOC is the federal agency responsible for enforcing the federal laws described above and receiving complaints regarding their violation. The EEOC maintains offices throughout the United States, and can be contacted at 1-800-669-4000 and www.eeoc.gov.

6.      This <u>NOTICE</u> will remain posted for 3 YEARS FROM DATE OF SIGNATURE.

SIGNED this _____ day of _____, 2019.

_____
Chief People Officer, Fanatics

***<u>DO NOT REMOVE THIS NOTICE UNTIL 3 YEARS FROM DATE OF SIGNATURE</u>***