UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                            Case No. 3:18-cv-900-J-32PDB

FANATICS RETAIL GROUP
FULFILLMENT, LLC,

    Defendant.

## **O R D E R**

The Court has been advised that the Intervenor Complaint in this case has been settled (Doc. 28). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **May 14, 2019** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **May 14, 2019** deadline, the Intervenor Complaint will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed**

**without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should administratively close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of April, 2019.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record